UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SOUTHERN NAZARENE UNIVERSITY, an Oklahoma Not for Profit Corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>     Defendant. | Case No. 5:17-cv-00558-M |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Southern Nazarene University, by and through its attorney of record, R. Ryan Deligans of the firm Durbin, Larimore & Bialick joining with Defendant, Federal Insurance Company, by and through its attorney of record, Donnie M. Apodaca, II of the firm Cozen O'Connor, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

*s/R. Ryan Deligans*
R. Ryan Deligans, OBA #19793
Mark E. Bialick, OBA #771
David B. Donchin, OBA #10783
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
dlb@dlb.net
Attorneys for Plaintiff

*s/Donnie M. Apodaca, II*
Donnie M. Apodaca, II, TX Bar #24082632
Cozen O'Connor
1717 Main Street, Suite 3100
Dallas, TX 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299
dapodaca@cozen.com
    - and -
John C. Lennon, OBA #30149
Pierce, Couch, Hendrickson, Baysinger & Green, L.L.P.
1109 N Francis Ave.
Oklahoma City, OK 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
jlennon@piercecouch.com

        -and-
Joseph A. Ziemianski, TX Bar #00797732
Cozen O'Connor
1221 McKinney, Suite 2900
Houston, TX 77010
Telephone: (832) 214-3900
Facsimile: (832) 214-3905
jziemianski@cozen.com
Attorneys for Defendant
*(Signed by Filing Attorney with permission of Plaintiff Attorney)*